

**Oxman**
LAW GROUP, PLLC

120 Bloomingdale Road
Suite 100
White Plains, NY 10605

Tel. No. 914.422.3900
Fax: 914.422.3636
www.oxmanlaw.com

Application granted. Reply brief due 9/23/22.

SO ORDERED.

*Cathy Seibel*   8/22/22
CATHY SEIBEL, U.S.D.J.

**Julie Pechersky Plitt, Esq.**
Partner
Class Action Litigation
jplitt@oxmanlaw.com

August 22, 2022

**VIA ECF**
**And e-mail (chambersnysdseibel@nysd.uscourts.gov)**

Hon. Cathy Seibel, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *In re Mosdos Chofetz Chaim Inc.* **(22-cv-03371)**

Dear Judge Seibel,

We are counsel for Appellant in the above-referenced action. Our Reply brief is due on August 29, 2022.

I have been summoned for jury duty this week at the Southern District of New York, 500 Pearl Street, New York, New York. I thus respectfully request an extension of time to file Appellants' Reply brief to September 23, 2022. Counsel for Appellees, Mr. Levine, consents to this request.

Respectfully,
OXMAN LAW GROUP, PLLC

*Julie Pechersky Plitt*

JULIE PECHERSKY PLITT

JPP:lh
Enclosure